## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-00807-DUTY |
| Sergio Velazquez-Tejada | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing is set for _March 24_____ , _2026_____ , at _1:30_____ ☐a.m. / ☒p.m. before the Honorable _Charles Eick_____ , in Courtroom _640_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___March 23, 2026_____        _____
                                        Honorable Maria A. Audero, U.S. Magistrate Judge